**Order filed, May 4, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-22-00256-CV
_____

### ELEANOR O. SLANE, Appellant

### V.

### BOB BOROCHOFF, Appellee

---

### On Appeal from the 270th District Court
### Harris County, Texas
### Trial Court Case 2021-69655

---

### ORDER

The reporter's record in this case was due April 14, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Julian Lynn Rivera, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

PER CURIAM